UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Crim. No. 2:22-mj-88-KFW |
| v.                         ) | |
| ) | |
| TRAVIS KIMBALL              ) | |

## CRIMINAL COMPLAINT

I, Adam Morin, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On about June 7, 2022, within the District of Maine, Defendant

**TRAVIS KIMBALL**

knowingly transported child pornography using the internet and the chat application Kik, which are means and facilities of interstate commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256(8)(A).

This Complaint is based on those facts which are set forth in my affidavit of June 9, 2022, which is attached hereto and incorporated herein by reference.

_____
Adam Morin
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 09 2022

City and state: Portland, Maine

_____
*Judge's signature*

Karen Frink Wolf,  U.S. Magistrate Judge
*Printed name and title*