### AFFIDAVIT OF SPECIAL AGENT ADAM MORIN
### IN SUPPORT OF A CRIMINAL COMPLAINT

I, Adam Morin, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed with the FBI since 2017. I am currently assigned to the Portland, Maine, Resident Agency. Prior to joining the FBI, I worked as a Police Officer with the Portland Police Department from 2013 to 2017. Over the course of my law enforcement career, I have investigated a variety of crimes, including drug offenses, sex crimes, firearms offenses, and other offenses related to violent criminal enterprises. I graduated from the State of Maine 25th Basic Law Enforcement Training Program in 2013, and the FBI Basic Field Training Course in 2017. I have attended specialized training related to child sex exploitation.

2. I make this affidavit in support of the issuance of a criminal complaint charging Travis Kimball with one count of transportation of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(1) and 2256(8)(A).

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents and other law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical surveillance conducted by law enforcement agents; and my experience, training, and background as a Special Agent with the FBI.

### BACKGROUND: KIK

4. Kik Messenger is a free messaging application for mobile devices that lets users connect with their friends and the world around them through chat. Users can send text, pictures, videos and more all within the app. Kik uses an existing Wi-Fi connection or data plan to send and

receive messages. Kik is available for download through the iOS Apps Store and the Google Play store on most iOS (iPhone/iPod/and iPad) and Android (including Kindle Fire) devices. Kik maintains a distinctive emphasis on privacy and anonymity and was originally targeted towards younger users.

5. Based on my training, experience, review of materials publicly accessible on Kik's website and law enforcement manual, and information provided by other law enforcement officers, I know the following about how Kik works. To register on Kik, a subscriber does not have to register a phone number, only a name and email, with the only constant identification factor being a username that the subscriber selects upon joining. With only a username as an ID, Kik lets the user exchange messages, photos, and videos and other content with others on the platform. Kik users can form private and or public groups whereby a group of individuals with similar interests may share messages with photos and videos. Public groups are searchable to anybody with the most recent version of Kik and anyone can join as long as there is room within the group. One feature of Kik is that users are not required to provide accurate information during the account registration process. Kik retains IP logs for each user that include the IP address, and the date and time of the user's Kik account access.

## STATEMENT OF PROBABLE CAUSE

6. On June 7, 2022, a Kik user "Screenname 1"[1] sent a message to an undercover FBI Task Force Officer ("UC") located outside the District of Maine. The UC initiated a private chat with "Screenname 1".

---

[1] The actual screenname is known to me but has been substituted with "Screenname 1" in this affidavit to preserve the integrity of ongoing investigations. Neither the actual Kik username or the name displayed in the chat with the UC is Travis Kimball's name.

2

7. During the course of the chat, "Screenname 1" stated he was a 26-year-old male residing in Maine with a seven-year-old son who he sees every couple of months. "Screenname 1" told the UC that he is sexually active with his son and stated, "He's awake when I do. Used to do it while he slept but he caught me and liked it."

8. The UC asked "Screenname 1" if he could take a picture holding up three fingers followed by sending a picture of himself and his son. In response, "Screenname 1" sent the UC a photograph of a minor boy holding an ice cream cone standing next to an adult male. "Screenname 1" then sent the UC an image of himself holding up three fingers. This is a "live camera image", meaning that it appears to be, and is consistent with, a live photo taken through the Kik application. This photo is shown below:



9.    As the conversation progressed on June 7, 2022, "Screenname 1" sent the UC the following images/video:

    a.  An image of what appeared to be an adult male pressing his nude penis against the penis of a prepubescent boy. No faces were visible in the image. A copy of that image is attached under seal as Exhibit 1.

    b.  An image of what appeared to be a naked prepubescent boy on top of a naked adult male. Each person is on his back and the penis of each person is visible. No faces were visible in the images.

4

    c. An image of what appeared to be a male with his hand on a prepubescent boy's buttocks exposing his anus. No faces were visible in the image.

    d. A video of what appeared to be an adult male masturbating and pressing his penis against a prepubescent boy's nude buttocks. The male ejaculates onto the boy, and a child's voice is heard stating, "Okay you dripped. Okay you're doing it, you're doing it."

10. The UC sent "Screenname 1" images of the UC's purported daughter. These images did not actually depict a real child.

11. On June 7, 2022, Kik provided the name of the subscriber of the "Screenname 1" account. That name does not contain "Travis" or "Kimball". Kik also provided IP addresses used to access this account for the period June 1, 2022, to June 7, 2022. These IP addresses are assigned to Spectrum and Verizon Wireless. One Spectrum account is subscribed by a member of Kimball's family and assigned to a residence in Oxford County, Maine.

12. On June 8, 2022, law enforcement officers located Kimball at his place of employment in Cumberland County. An agent who spoke with Kimball told me that Kimball's appearance is consistent with the male holding up three fingers in the photo reprinted above.

13. During questioning from agents, Kimball made the following statements, which are reported in summary and in part:

    a. Kimball identified himself as the male holding up three fingers in the photo reprinted in this affidavit;

    b. Kimball identified himself and a relative as the people in the ice cream photo described above;

    c. Kimball indicated he has a Kik account but could not remember the last time he accessed it;

    d. Kimball stated he left his mother's residence (located in Oxford County, Maine) on Monday to begin work.

    e. When an FBI agent told Kimball that he had some hard questions for him, Kimball declined to continue the conversation.

14. Kimball was in possession of a cellular telephone at the time of the interview. Agents seized the phone. Kimball was arrested based upon probable cause following the interview.

15. During the Kik chat with the UC, Kimball stated he was at work. Based on this statement to the UC and Kimball's statement to agents that he began his current work on Monday (June 6), I believe the transportation of child pornography alleged in this criminal complaint occurred while Kimball was at his current place of employment.

16. Kimball was born in 2000. The information that law enforcement has gathered supports a conclusion that Kimball does not have a son.

## CONCLUSION

17. Based on the foregoing, I submit that probable cause exists to believe that on June 7, 2022, Travis Kimball knowingly transported child pornography using the internet and the chat application Kik, which are means and facilities of interstate commerce. I therefore request that the Court issue a criminal complaint charging him with this offense.

Adam Morin
Special Agent, FBI

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jun 09 2022

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title