## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Crim. No. 2:22-cr-85-JDL |
| v. ) | |
| ) | |
| TRAVIS KIMBALL ) | |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 AUG 17 P 3: 15

DEPUTY CLERK

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Sexual Exploitation of a Child)

On about April 30, 2022, within the District of Maine, Defendant

### TRAVIS KIMBALL

used and employed a minor, Minor Child 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depiction was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 2
### (Distribution of Child Pornography)

On about June 7, 2022, within the District of Maine, Defendant

### TRAVIS KIMBALL

knowingly distributed material that contained visual depictions of child pornography using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2256(8)(A).

1

## COUNT 3
### (Possession of Material Containing Child Pornography)

On about June 7, 2022, within the District of Maine, Defendant

### TRAVIS KIMBALL

knowingly possessed material, namely a red Apple iPhone bearing IMEI number 358091657905201, that contained images of child pornography that had been produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(b), 2252A(b)(2), and 2256(8)(A).

## COUNT 4
### (Sexual Exploitation of a Child)

On about June 2, 2022, within the District of Maine, Defendant

### TRAVIS KIMBALL

used and employed a minor, Minor Child 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depiction was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATION

Pursuant to 18 U.S.C. § 2253, upon conviction of the offenses alleged in Counts 1-4 of this Superseding Indictment, charging violations of 18 U.S.C. §§ 2251 and 2252A, defendant

### TRAVIS KIMBALL

shall forfeit to the United States of America; (a) any visual depiction described in 18 U.S.C. § 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received n violation of 18 U.S.C., Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including, but not limited to, a red Apple iPhone bearing IMEI number 358091657905201.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture

3

of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 2253.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Date: August 17, 2022

4